COMPENSATION. (Docket Nos. 58845, 58846, 58983, 58855.) Rehearing denied. On consideration of defendants-appellants' motion for clarification, the Court orders that the cases be remanded to the Workmen's Compensation Appeal Board for a determination as to the accuracy of factual statements by defendants-appellants that, while their appeals were pending before this Court, they made 70% interim benefit payments to plaintiffs Ralph McAvoy and Wiley Stricklin. If the appeal board finds such payments were made, as the appellants stated, the appeal board shall reinstate appellants' appeals to the appeal board because such payments indicate good faith efforts of appellants to comply with 1975 PA 34 after this Court's orders in these cases of September 21, 1976 and October 27, 1976. *Kasoff, Young, Gottesman, Kovinsky, Friedman & Walkon, P. C.,* for plaintiff-appellee Ralph McAvoy. *Marston, Sachs, Nunn, Kates, Kadushin & O'Hare, P. C.,* for plaintiff-appellee Wiley Stricklin. *Conklin, Benham, McLeod, Ducey & Ottaway, P. C.,* for defendants-appellants H. B. Sherman Company, American Mutual Liability Insurance Company, American Chain & Cable Company, and American Mutual Liability Insurance Company. Reported at 401 Mich 419.

DECEMBER 15, 1977

PEOPLE v LLEWELLYN (CITY OF EAST DETROIT v LLEWELLYN). (Docket No. 56872.) Rehearing denied. *Joseph E. Mihelich,* for plaintiff-appellee. *W. Thomas Marrocco, Jr.,* Attorney for the City of Warren as amicus curiae. Reported at 401 Mich 314.

CRAMER v METROPOLITAN SAVINGS & LOAN ASSOCIATION. (Docket No. 57215.) Rehearing denied. Plaintiff-appellant's motion to expand record to include exhibits pertaining to the application for rehearing is also considered and is hereby denied for the reason that no adequate cause has been shown for the granting of such relief. *Virginia Cramer, in propria persona,* plaintiff-appellant. *McClintock, Donovan, Carson & Roach* for defendants-appellees. Reported at 401 Mich 252.

*In re* KASUBA ESTATE (DEPARTMENT OF TREASURY v RICKLE). (Docket No. 57723.) Rehearing denied. *Radka & Lewis* and *Arthur J. Tarnow* for defendant-appellant. Reported below: 401 Mich 560.